United States District Court
Southern District of Texas
**ENTERED**
October 04, 2021
Nathan Ochsner, Clerk

# LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO OBTAIN INFORMATION FROM HSBC AND DBS BANK PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS

## SECTION I

**1. Sender**

United States District Court for
The Southern District of Texas (the "Requesting Court")
515 Rusk Avenue, Room 7727
Houston, Texas 77002

**2. Central Authority of the Requested State**

Supreme Court of Singapore
Registrar of the Supreme Court
1 Supreme Court Lane
Singapore 178879
Telephone: (65) 6336 0644

**3. Person to whom the executed request is to be returned**

David H. Berg
Berg and Androphy
3704 Travis Street
Houston, Texas 77002
Telephone: +1.713.529.5622
dberg@bafirm.com

or

Bronwyn M. James
Berg and Androphy
120 West 45th Street, 38th Floor
New York, NY 10036
Telephone: +1.646.766.0084
bjames@bafirm.com

**4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request**

The requesting authority respectfully requests that the response be provided as soon as practicable in order to ensure that evidence may be obtained before October 29, 2021.

## SECTION II

In conformity with Article 3 of the Hague Convention, the undersigned applicants have the honor to submit the following request:

| | |
|---|---|
| **5.a Requesting judicial authority (Article 3, a)** | United States District Court for The Southern District of Texas (the "Requesting Court") 515 Rusk Avenue, Room 7727 Houston, Texas 77002 |
| **5.b To the competent authority of (Article 3, a)** | The Republic of Singapore |
| **5.c Name of the case and any Identifying number** | *Civelli, et al. v. JP Morgan Chase, et al.* No. 4:17-cv-03739; United States District Court for the Southern District of Texas, Houston Division |
| **6. Name and addresses of the parties and their representatives (including representatives in the requested State) (Article 3, b)** | |
| **6.a Plaintiffs/Counterdefendants** | Carlo Giuseppe Civelli Prismafin AG 4th Floor Usteristrasse 9 8001 Zurich or through his representative, Richard A. Schwartz<br><br>Aster Capital S.A. (LTD) Panama 4th Floor Usteristrasse 9 8001 Zurich or through its representative, Richard A. Schwartz |
| **Representatives** | Richard A. Schwartz Elizabeth F. Eoff Munsch Hardt Kopf & Harr, P.C. 700 Milam Street, Suite 2700 Houston, Texas 77002 Telephone: +1.713.222.4076 Fax: +1.713.222.1475 dschwartz@munsch.com eeoff@munsch.com |

|  |  |
|---|---|
| **6.b Defendants/Counterplaintiffs** | Philippe Emanuel Mulacek<br>15274 Koenig Lane<br>Conroe, TX 77384<br>or though his representative, David H. Berg<br><br>Michelle Mulacek Vinson<br>23 Poplar Hill Pl.<br>Spring, TX 77381-4044<br>or though her representative, David H. Berg<br><br>Pierre Mulacek<br>208 Marly Way<br>Austin, TX 78733-3276<br>or though his representative, David H. Berg<br><br>Mauricette Mulacek<br>78 N. Copperknoll Cir.<br>Spring, TX 77381-5150<br>or though her representative, David H. Berg<br><br>Ronald Mulacek<br>78 N. Copperknoll Cir.<br>Spring, TX 77381-5150<br>or though his representative, David H. Berg |
| **Representatives** | David H. Berg<br>Berg & Androphy<br>3740 Travis Street Houston, Texas 77002<br>Telephone: +1.713.529.5622<br>Facsimile +1.713.529.3785<br>dberg@bafirm.com |

**7. Nature and purpose of the proceedings and summary of the facts (Article 3, c)**

Plaintiffs Carlo Civelli ("Civelli") and Aster Capital S.A. (Ltd.) Panama (collectively, "Plaintiffs") have asserted claims against United States citizens Philippe Mulacek, Michelle Mulacek Vinson, Pierre Mulacek, Mauricette Mulacek, and Ronald Mulacek (collectively, "the Mulacek Defendants") for over 100 million U.S. dollars arising out of a 14-year business relationship in connection with financing, investments, and oil and gas

properties in Papua New Guinea. The Mulacek Defendants have made a counter-claim against Civelli for over 100 million U.S. dollars.

In 1997, Philippe Mulacek founded InterOil Corporation ("IOC"), an oil and gas exploration and production company of which he served as Chairman and CEO until 2013. In 2002, Mr. Mulacek entered into a business relationship with Civelli, whose company, Clarion Finanz AG, provided money management and escrow services to clients. The Mulacek Defendants allege that between 2002 and 2013, they transferred more than $160 million worth of IOC shares and cash to Civelli for investment.

Pacific LNG Operations Pte. Ltd. ("PacLNG SG"), was a company consisting of an office and personnel to support IOC-related natural gas exploration activities in Papua New Guinea. Civelli has claimed that his company, Pacific LNG Operations Ltd., funded PacLNG SG's activities and that Philippe Mulacek agreed to share in the expenses on an equal basis.

The records of HSBC and DBS Bank may show the source of the funding for the accounts and the expenses, which the parties dispute.

## 8. Evidence to be obtained or other judicial act to be performed (Article 3, d)

This Letter of Request seeks bank statements and "Know Your Customer" records from two bank accounts, at HSBC and DBS Bank, which could support or refute claims and defenses in the U.S. action.

This information is relevant and discoverable. The documents detailed below in item 11, for accounts from which Civelli alleges that he advanced funds for costs the Mulacek Defendants agreed to share and for which he alleges he is owed reimbursement, may shed light on whether Civelli advanced funds belonging to him (directly or through his companies), or, as the Mulacek Defendants claim, used their funds that were under his management.

The Requesting Court respectfully requests that the Supreme Court of Singapore compel the production and copying of the documents listed below in item 11.

## 9. Identity and address of any Person to be examined (Article 3, e)     N/A

## 10. Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Article 3, f).     N/A

## 11. Documents or other property to be inspected (Article 3, g)

For the accounts in the name of Pacific LNG Operations Pte at HSBC (account number 150505) and at DBS Bank (account no. 1015022):

    a. The customer agreements and account opening documents.

    b. Bank statements from creation of the accounts to date.
    c. "Know Your Customer" documents created by the bank.
    d. "Know Your Customer" documents submitted by the account holder to the bank.
    e. Powers of attorney for the accounts.
    f. Statements or affirmations of beneficial ownership.
    g. Documents related to the closing of the accounts.

**12. Any requirement that the evidence be given on oath or affirmation and any special form to be used (Article 3, h)**

    N/A

**13. Special methods or procedure to be followed (Articles 3, i and 9)**

    It is requested that copies of the documents produced by HSBC and DBS Bank pursuant to item 11 above be delivered as soon as practicable to the offices of the Mulacek Defendants' counsel, David H. Berg, Berg & Androphy, 3740 Travis Street Houston, Texas 77002 (telephone: +1.713.529.5622; email: dberg@bafirm.com) and Bronwyn M. James, Berg & Androphy, 120 West 45th Street, 38th Floor, New York, NY 10036 (Telephone: +1.646.766.0084; bjames@bafirm.com).

    In the event that the evidence cannot be taken in the manner requested, the Requesting Court requests that the evidence be taken in such manner as provided by local law for the formal taking of evidence.

**14. Request for notification of the time and place for the execution of the request and identity and address of any person to be notified (Article 7)**

    It is also requested that the Mulacek Defendants be notified of the date and time when the document production will take place. This information shall be sent directly to the address below:

    David H. Berg, Berg & Androphy, 3740 Travis Street Houston, Texas 77002 (telephone: +1.713.529.5622; email: dberg@bafirm.com) and Bronwyn M. James, Berg & Androphy, 120 West 45th Street, 38th Floor, New York, NY 10036 (Telephone: +1.646.766.0084; bjames@bafirm.com).

**15. Request for attendance or participation of judicial personnel of the requesting authority at the execution of the letter of request (Article 8)**

    None.

**16. Specification of privilege to refuse to give evidence under the law of the state of origin (Article 11, b)**

The Requesting Court does not seek evidence/documents that are protected by any applicable privilege under the laws of Singapore, or the U.S. attorney-client privilege or work-product privilege.

**17. The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention**

Fees and costs incurred by the Singapore Central Authority in executing this Letter of Request, which are reimbursable under Article 14 or Article 26 of the Hague Convention, will be borne by the Mulacek Defendants through their representatives listed in item 6 above. The Requesting Court is prepared to enforce the Singapore Central Authority's right to reimbursement.

**18. Assurances, signature, and seal of the requesting authority**

The United States District Court for the Southern District of Texas, Houston Division, extends its assurances of highest regard and consideration to the Singapore Central Authority and agrees to provide reciprocal assistance to the Singapore Central Authority in like cases.

DATE OF REQUEST

SIGNATURE AND SEAL
OF THE REQUESTING AUTHORITY

October 4, 2021

Honorable Lynn Hughes
United States District Judge
United States District Court
for the Southern District of
Texas, Houston Division