United States District Court
Southern District of Texas
**ENTERED**
February 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLO GIUSEPPE CIVELLI, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-3739 |
| | § | |
| J. P. MORGAN CHASE SECURITIES, LLC, | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER RESETTING HEARING ON PENDING MOTIONS

IT IS HEREBY ORDERED that this matter (previously set for February 25, 2026) is hereby reset for hearing on pending motions on March 26, 2026, at 9:30 a.m. before the Honorable Randy Crane, in Courtroom 8-C, Eighth Floor, United States Courthouse, 515 Rusk Avenue, Houston, Texas.

The Clerk shall send a copy of this Order to all Counsel of record.

SO ORDERED February 23, 2026, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge

1 / 1