United States District Court
Southern District of Texas
**ENTERED**
March 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLO GIUSEPPE CIVELLI, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:17-CV-03739 |
| PHILIPPE EMANUEL MULACEK, *et al.*, | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

**FINAL JUDGMENT**

The trial of this case began on October 27, 2025. Plaintiffs Carlo Giuseppe Civelli ("Carlo Civelli") and Aster Capital S.A. (Ltd) Panama ("Aster Capital Panama") (collectively, "Plaintiffs") appeared through their attorneys and announced ready for trial. Defendants Philippe Emanuel Mulacek ("Phil Mulacek"), Michelle Mulacek Vinson, Pierre Mulacek, and Mauricette Mulacek (collectively, "Defendants") appeared through their attorneys and announced ready for trial.

The Court impaneled and swore in the jury, which heard the evidence and arguments of counsel. The Court submitted questions, definitions, and instructions to the jury. In response, the jury made findings that the Court received, filed, and entered of record. Dkt. 1203. The jury's findings are incorporated in this judgment for all purposes. In accordance with the verdict rendered, the Court renders judgment for Plaintiffs against Defendants. Following the verdict, Aster Capital Panama assigned to Carlo Civelli all rights to recover from Defendants.

It is therefore ORDERED, ADJUDGED, and DECREED that:

1. Carlo Civelli shall recover from Phil Mulacek:

   a. $30,821,022.00 in actual damages on the claim for breach of the Loan Share Agreement;

   b. $17,258,927.97 for pre-judgment interest on the claim for breach of the Loan Share Agreement, calculated as simple interest at the rate of 6.75% per year from December 11, 2017, through March 26, 2026;

   c. $34,268,404.00 in actual damages for the remaining contract claims, except for the claim for breach of the NPI Agreement;

   d. $17,833,183.63 for pre-judgment interest on the remaining contract claims, except for the claim for breach of the NPI Agreement, calculated as simple interest at the rate of 6.75% per year from July 13, 2018, through March 26, 2026;

2. Carlo Civelli shall recover from Phil Mulacek, Michelle Mulacek Vinson, Pierre Mulacek, and Mauricette Mulacek, jointly and severally:

   a. $72,459,146.00 for actual damages on the claim for breach of the NPI Agreement under which Phil Mulacek agreed to pay Carlo Civelli 20% of the net profits from the sale of Indirect Participation Interests of 12.6805 percent;

   b. $37,707,541.09 for pre-judgment interest on actual damages for breach of the NPI Agreement, calculated as simple interest at the rate of 6.75% per year from July 13, 2018, through March 26, 2026;

3. Carlo Civelli shall recover post-judgment interest on all amounts awarded in this Final Judgment at the rate of 3.48%, compounded annually, from the date of entry of this Final Judgment until it is paid in full.

4. This Judgment does not award Carlo Civelli a recovery on his alternative promissory estoppel claim because he elected to recover on his breach-of-contract claim, while reserving his right to a re-election in the event that the judgment on the Shared Costs Agreement were to be reversed on appeal.

2

5.  Carlo Civelli shall recover his costs of suit, as taxed by the Clerk, with the amount to be determined by subsequent motion.

6.  As the prevailing party, Carlo Civelli shall recover attorneys' fees and non-taxable expenses by filing a motion within the time set by the Court by further order in accordance with Federal Rule of Civil Procedure 54.

7.  This Judgment finally disposes of all parties and all claims and is appealable. Except as set forth in Paragraphs 5 and 6, all relief not expressly granted is denied.

8.  The Court orders execution to issue for this Judgment in accordance with applicable law or as otherwise ordered by the Court.

SO ORDERED March 26, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge

3