United States District Court
Southern District of Texas
**ENTERED**
March 31, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CARLO GIUSEPPE CIVELLI, *et al.*,           §
                                            §
        Plaintiffs,                         §
                                            §
VS.                                         §    CIVIL ACTION NO. 4:17-CV-03739
                                            §
J. P. MORGAN CHASE SECURITIES, LLC,         §
*et al.*,                                   §
                                            §
        Defendants.                         §

## ORDER

Considering the Court's oral rulings, the course of trial, and the entry of judgment in this case, the Court has determined Dkt. Nos. 1002, 1170, and 1193 are **MOOT**;

Additionally, Dkt. Nos. 1190, 1195, 1198, 1199, 1202, 1212, and 1216 have been ruled upon from the bench and are thus **TERMINATED**.

SO ORDERED March 31, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge