IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLO GIUSEPPE CIVELLI, *et al.*,, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:17-cv-03739 |
| | § | |
| PHILIPPE EMANUEL MULACEK, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING STAY OF EXECUTION OF JUDGMENT

WHEREAS, on March 26, 2026, this Court entered final judgment in this case.  Dkt. 1224.

WHEREAS, under Federal Rule of Civil Procedure 62(a), execution on the Court's judgment and proceedings to enforce it are "[a]utomatic[ally]" stayed for 30 days after its entry, but the court may "order[ ] otherwise."  Fed. R. Civ. P. 62(a); *accord* Fed. R. Civ. P. 62 (advisory committee's note to 2018 amendment) (noting a "court may choose to" order "a stay that lasts longer").

WHEREAS, the parties have agreed to enter settlement negotiations related to that judgment, with a mediation scheduled for Monday, April 27, 2026.

WHEREAS, the plaintiffs Carlo Giuseppe Civelli and Aster Capital S.A. (Ltd) Panama have agreed to refrain from taking steps to enforce the final judgment for fifteen (15) business days after the scheduled mediation—through Monday, May 18, 2026.

**NOW THEREFORE THE PARTIES STIPULATE AND JOINTLY REQUEST** that:

- The Court extend the stay of execution of judgment entered on March 26, 2026, Dkt. 1224, through fifteen (15) business days after the parties' scheduled mediation, which is May 18, 2026.

1

IT IS SO STIPULATED.

Dated: April 10, 2026

/s/ Richard Schwartz
Richard A. Schwartz
Texas Bar No. 17869450
Federal ID No. 5344
Michael A. Harvey
Texas Bar No. 24058352
Federal Bar No. 917759
MUNSCH HARDT KOPF & HARR, PC
700 Milam Street, Suite 800
Houston, Texas 77002
Telephone: (713) 222-4076
Facsimile: (713) 222-5869
dschwartz@munsch.com
mharvey@munsch.com

Michael B. Martin
MARTIN WALTON LAW FIRM
State Bar No. 13094400
Federal ID No: 8824
699 S. Friendswood Drive, Suite 106
Houston, Texas 77546-4580
Telephone: (713) 773-2035
Facsimile: (832) 559-0878
mmartin@martinwaltonlaw.com

Andrew B. Bender
Texas Bar No. 24084290
Federal Bar No. 2319228
Sharon McCally
Texas Bar No. 13356100
Federal Bar No. 324660
ANDREWS MYERS P.C.
1885 Saint James Place, 15th Floor
Houston, Texas 77056
713.850.4200
smccally@andrewsmyers.com
abender@andrewsmyers.com

ATTORNEYS FOR CARLO GIUSEPPE CIVELLI
AND ASTER CAPITAL S.A. (LTD) PANAMA

/s/ R. Paul Yetter
R. Paul Yetter
State Bar No. 22154200
pyetter@yettercoleman.com
Reagan W. Simpson
State Bar No. 18404700
rsimpson@yettercoleman.com
Justin S. Rowinsky
State Bar No. 24110303
jrowinsky@yettercoleman.com
David J. Gutierrez
State Bar No. 24127526
dgutierrez@yettercoleman.com
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000

Allyson N. Ho
State Bar No. 24033667
AHo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
(214) 698-3233

Michael M. Fay (pro hac vice)
mfay@bsfllp.com
Jenny H. Kim (pro hac vice)
jkim@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
(212) 446-2354

Warren Harris
State Bar No. 09108080
warren.harris@bracewell.com
BRACEWELL LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002 2770
(713) 221-1490

ATTORNEYS FOR DEFENDANTS

2

3

### CERTIFICATE OF SERVICE

I certify that on April 10, 2026, a copy of the foregoing was served through the Court's e-filing system to all parties who have entered an appearance in this lawsuit.

*/s/ R. Paul Yetter*
R. Paul Yetter

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
Randy Crane
Chief United States District Judge