United States District Court
Southern District of Texas

**ENTERED**

April 14, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLO GIUSEPPE CIVELLI, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-03739 |
| | § | |
| PHILLIPPE EMANUEL MULACEK, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER ADOPTING JOINT STIPULATION

Pursuant to the parties' joint stipulation (Dkt. 1232), The stay of execution of judgment entered on March 26, 2026, (Dkt. 1224) is extended through May 18, 2026.

SO ORDERED April 14, 2026, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge