United States District Court
Southern District of Texas
**ENTERED**
April 14, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLO GIUSEPPE CIVELLI, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:17-cv-03739 |
| | § | |
| PHILIPPE EMANUEL MULACEK, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Plaintiffs' Motion to Shorten Time to Respond to Post-Judgment Requests for Production (Dkt. No. 1231). After reviewing the Motion, Defendants' Response wherein the Defendants indicated "Defendants will not be filing a motion for the Court to use its discretion to lower the supersedeas bond needed to stay enforcement," the Court is of the opinion that the Motion should be DENIED.

SO ORDERED April 14, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge