IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLO GIUSEPPE CIVELLI, | § | |
| ASTER CAPITAL S.A. (LTD) PANAMA, | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 4:17-cv-03739 |
| v. | § | |
| | § | |
| PHILIPPE EMANUEL MULACEK, | § | |
| MICHELLE MULACEK VINSON, | § | |
| PIERRE MULACEK, AND | | |
| MAURICETTE MULACEK, | | |
| | | |
| Defendants. | | |

**DEFENDANTS' NOTICE OF APPEAL**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Defendants and Counter-claimants Phillipe Emanuel Mulacek, Michelle Mulacek Vinson, Pierre Mulacek, and Mauricette Mulacek in the above-captioned case hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's Final Judgment entered on March 26, 2026 (Dkt. 1224); its Order reflected in its Minute Entry entered on March 26, 2026, entering judgment, ruling that plaintiffs prevailed on the statute of limitations issue, awarding prejudgment interest, ordering joint and several liability, and denying the Mulaceks' request to cap the supersedeas bond under Texas law; its Order entered on March 31, 2026 (Dkt. 1230), denying various motions, including the Mulaceks' Motions for Judgment as a Matter of Law under Federal Rule of Civil Procedure 50(a) (Dkt. 1190; Dkt. 1195; Dkt. 1199; Dkt. 1202) and Motion to Cap Supersedeas Bond (Dkt. 1216); and from all other adverse orders, rulings, decrees, decisions, opinions, memoranda, conclusions, or findings preceding, leading to, merged in, subsumed in, impacting, identified within, or included within the above-listed judgment and orders, including but not limited to the adverse portions of this Court's Order Accepting and Adopting Magistrate's Report and Recommendation (Dkt. 966; Dkt. 954).  *See* Fed. R. App. P. 3(c)(4).

1

Dated: April 15, 2026

Michael M. Fay (*pro hac vice*)
mfay@bsfllp.com
Jenny H. Kim (*pro hac vice*)
jkim@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
(212) 446-2354

Warren Harris
  State Bar No. 09108080
  S.D. Tex. Bar No. 11318
warren.harris@bracewell.com
BRACEWELL LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002 2770
(713) 221-1490

Respectfully submitted,

*/s/ R. Paul Yetter*

R. Paul Yetter
  State Bar No. 22154200
  S.D. Tex. Bar No. 3639
pyetter@yettercoleman.com
Reagan W. Simpson
  State Bar No. 18404700
  S.D. Tex. Bar No. 1976
rsimpson@yettercoleman.com
Justin S. Rowinsky
  State Bar No. 24110303
  S.D. Tex. Bar No. 3227073
jrowinsky@yettercoleman.com
David J. Gutierrez
  State Bar No. 24127526
  S.D. Tex. Bar No. 3784688
dgutierrez@yettercoleman.com
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000

Allyson N. Ho
  State Bar No. 24033667
  S.D. Tex. Bar No. 1024306
aho@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
(214) 698-3233

ATTORNEYS FOR DEFENDANTS

2

3

**CERTIFICATE OF SERVICE**

I certify that on April 15, 2026, a copy of the foregoing was served through the Court's e-filing system to all parties who have entered an appearance in this lawsuit.

/s/ Justin S. Rowinsky
Justin S. Rowinsky