United States District Court
Southern District of Texas
**ENTERED**
May 14, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLO GIUSEPPE CIVELLI, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:17-cv-03739 |
| | § | |
| PHILIPPE EMANUEL MULACEK, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Defendants' Motion to Alter or Amend the Judgment (Dkt. No. 1244). The Motion raises two issues already carefully considered and decided by this Court in connection with the entry of Final Judgment. The Court is of the opinion that its prior conclusions on these issues are correct. Accordingly, Defendant's Motion to Alter or Amend the Judgment (Dkt. No. 1244) is hereby DENIED.

SO ORDERED May 14, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge