United States District Court
Southern District of Texas

**ENTERED**

May 14, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLO GIUSEPPE CIVELLI, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:17-cv-03739 |
| | § | |
| PHILIPPE EMANUEL MULACEK, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Pending before the Court is Defendants' Motion for New Trial (Dkt. No. 1243). The Motion seeks to revisit many prior rulings of this Court on various legal and evidentiary issues. The Court is convinced that its prior rulings were correct. Accordingly, Defendants' Motin for New Trial is hereby **DENIED**.

SO ORDERED May 14, 2026, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge