# David A. Fettner

6700 Sands Point Drive, Houston, Texas 77074
Phone: (713) 626-7277    Fax: (888) 876-2292
www.fettnerthompson.com email: daf@fettnerthompson.com

**Personal Information:**
Licensed by the State Bar of Texas in November 1992.
Graduate of NITA National Session

## Education:
**University of Houston Law Center/ Doctor of Jurisprudence**
Graduated May 1992
**Texas State University / B.B.A. Finance**
Graduated May 1988
**University of Houston / M.B.A.**
May 1993

## Experience:
**Fettner Thompson Attorneys at Law / Attorney & Managing Partner  November 1992 to Present**
Run law office, manage case loads, represent small business in litigation, transactions and in general business matters.  Litigation concentration in debt collection, real estate transactions, bankruptcy, debtor's rights, franchising, contract and construction issues.

**Litigation Experience:**
Handled more than 500 litigation matters to conclusion, including jury verdict, final judgment, summary judgment, settlement and/or dismissals.

**Receivership Experience:**
Appointed receiver in more than 1,000 receiverships within the various County, State District Courts and federal District Courts within the State of Texas. Served as receiver under Civ.Prac.&Rem.Code §§ 31.002 and §64, Business Organizational Code §11.404 and 11.405 and the Texas Business Corporations Act.  Served as receiver over car dealerships, CNC manufacturers, motels, horse ranch, cattle ranch, shopping mall, repair and body shop, apartment complexes, tanning salon, beauty salon, lash salon, doctor's clinic, dental clinic and many other types of businesses.  Was the Receiver in Green Diesel v. VicNRG (Civ.Prac.&Rem.Code §64 liquidation of alternative fuel producer), Gillette v. Zupt (disposition of corporate stock), I-10 Colony, Inc. v. Lee (managing hotel), Lara v. Sanchez (manage and eventually liquidated car dealership under Business Organizational Code §11.404 and 11.405), Wang v. Wang (managed mechanics shop, strip center and raw land under Business Organizational Code §11.404), 1507 California v. Fairview Investment Fund, III, LP (managed 4 apartment complexes under Business Organizational Code §11.404), and managed and/or liquidated (sometimes partially) dozens of pieces of raw land, corporate stock, business interests, strip centers, convenience stores, rental homes, industrial equipment and other assets.

**Business Experience**:
Prior to practicing law, owner and operator of an equipment leasing business in Austin, Texas.

Exhibit B