IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLO GIUSEPPE CIVELLI, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:17-cv-03739 |
| | § | |
| PHILIPPE EMANUEL MULACEK, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT PHIL MULACEK'S NOTICE OF BANKRUPTCY FILING**

Defendant Phil Mulacek provides notice that he filed a voluntary petition in bankruptcy under Chapter 11 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court for the Southern District of Texas, No. 26-90619, on June 4, 2026. Pursuant to 11 U.S.C. §362(a), the filing acts as an automatic stay of further proceedings in this Court with respect to Phil Mulacek.

Dated: June 4, 2026

Respectfully submitted,

Michael M. Fay
Jenny H. Kim
*Admitted pro hac vice*
Valecia Battle (State Bar No. 24110602)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
(212) 446-2354
mfay@bsfllp.com
jkim@bsfllp.com
vbattle@bsfllp.com

Allyson N. Ho (State Bar No. 24033667)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
AHo@gibsondunn.com

*/s/ R. Paul Yetter*
R. Paul Yetter
State Bar No. 22154200
pyetter@yettercoleman.com
Reagan W. Simpson
State Bar No. 18404700
rsimpson@yettercoleman.com
Justin S. Rowinsky
State Bar No. 24110303
jrowinsky@yettercoleman.com
David J. Gutierrez
State Bar No. 24127526
dgutierrez@yettercoleman.com
YETTER COLEMAN LLP
600 Travis, Suite 5400
Houston, Texas 77002
(713) 632-8000

ATTORNEYS FOR DEFENDANTS

2

**CERTIFICATE OF SERVICE**

I certify that on June 4, 2026, a copy of the foregoing was served through the Court's e-filing system to all parties who have entered an appearance in this lawsuit.

*/s/ Justin S. Rowinsky*
Justin S. Rowinsky